SHRAIBERG PAGE P.A.
Eric Pendergraft, Esq.
Florida Bar No. 91927
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
561-526-8459
ependergraft@slp.law

*Attorneys for Plaintiff Applied Biologics LLC*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| APPLIED BIOLOGICS LLC, a South Dakota limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>CLINIC AND RESEARCH CENTER, LLC, a Florida limited liability company;<br><br>Defendant. | NO.<br><br>**COMPLAINT**<br><br>(Breach of Contract; Account Stated; Alternative Claim for Unjust Enrichment) |

Applied Biologics LLC ("Plaintiff") for its Complaint against Defendant Clinic and Research Center, LLC ("Defendant"),[1] hereby alleges as follows:

### PARTIES

1. Plaintiff is a foreign manager-managed limited liability company organized and existing under the laws of the State of South Dakota, with its principal place of business located in Scottsdale, Arizona. Plaintiff's sole manager and sole member is Aspen Biotech Corporation, a domestic for-profit corporation organized under the laws of the State of Delaware with its principal place of business in Scottsdale, Arizona, and is therefore a

---

[1] Plaintiff, together with Defendant, are each a "Party," and collectively, the "Parties."

4931-3544-9722\2

citizen of Delaware and Arizona.

2. Defendant is a domestic limited liability company organized and existing under the laws of the State of Florida, with its principal place of business located in Miami, Florida. Defendant's members are Zuleika Hernandez Perea and Isairy Julia, both of whom are individuals domiciled in the State of Florida. Defendant is therefore a citizen of the State of Florida. Plaintiff is not aware of any other members or managers of Defendant.

## JURISDICTION AND VENUE

3. The Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between the parties, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

4. The Court has personal jurisdiction over Defendant pursuant to Federal Rule of Civil Procedure 4(k)(1)(A) and the Due Process Clause of the Fourteenth Amendment because Defendant conducts, or has conducted, business in the Southern District of Florida, and Defendant has caused certain events to occur in the Southern District of Florida out of which this action arises.

5. Venue in the Southern District of Florida is proper pursuant to 28 U.S.C. § 1391(b).

## GENERAL ALLEGATIONS

6. Plaintiff is a fully-integrated life sciences company providing, among other things, product development, manufacturing and distribution of various medical technologies.

7. Plaintiff manufactures and distributes a medical product called XWRAP® (the "Product").

8. The Product is an allograft that is used in the management of chronic wounds such as diabetic foot ulcers, venous stasis ulcers and pressure ulcers.

9. Defendant ordered the Product from Plaintiff.

-2-

4931-3544-9722\2

10. Thereafter, Plaintiff shipped the Product to Defendant and invoiced Defendant for the Product, as set forth below (collectively, the "Invoices"):

|  | Invoice No. | Invoice Date | Due Date | Amount |
|---|---|---|---|---|
| 1. | 7102 | 9/30/2024 | 10/30/2024 | $108,343.00 |
| 2. | 7120 | 10/2/2024 | 11/1/2024 | $108,343.00 |
| 3. | 7195 | 10/9/2024 | 11/8/2024 | $94,807.00 |
| 4. | 7313 | 10/17/2024 | 11/16/2024 | $94,807.00 |
| 5. | 7379 | 10/23/2024 | 11/22/2024 | $81,271.00 |
| 6. | 7509 | 10/31/2024 | 11/30/2024 | $81,276.00 |
| 7. | 7531 | 10/31/2024 | 11/30/2024 | $94,812.00 |
| 8. | 7603 | 11/7/2024 | 12/7/2024 | $81,276.00 |
| 9. | 7755 | 11/19/2024 | 12/19/2024 | $108,348.00 |
| 10. | 7887 | 11/27/2024 | 12/27/2024 | $108,348.00 |
| 11. | 7964 | 12/5/2024 | 1/4/2025 | $108,348.00 |
| **TOTAL** | | | | **$1,069,979.00** |

True and correct copies of the Invoices are attached hereto and incorporated herein by reference as **Exhibit 1**.

11. Pursuant to the terms of the Invoices, and as reflected in the table above, payment for the Product was due within thirty (30) days of the dates listed on the respective Invoices.

12. To date, Defendant has failed to remit payment to Plaintiff for the Product pursuant to the Invoices.

13. Defendant, on information and belief, used the Product that Plaintiff provided to it, but Defendant has failed or refused to remit payment to Plaintiff for the Product.

14. As of August 27, 2025, Defendant was indebted to Plaintiff under the

-3-

4931-3544-9722\2

Invoices in the amount of $1,069,979.00 (the "Outstanding Amount").

15.    On or about August 27, 2025, Counsel for Plaintiffs sent Defendant a Demand for Payment letter (the "Demand Letter"), demanding Defendant pay Plaintiff for the Product it received by September 9, 2025. A true and correct copy of the Demand Letter is attached hereto and incorporated herein as **Exhibit 2**.

16.    Defendant failed to remit the Outstanding Amount owed to Plaintiff by the September 9, 2025 deadline.

17.    At all relevant times, Plaintiff has fully complied with its obligations under the Invoices.

## CAUSES OF ACTION

## COUNT I

### (Breach of Contract)

18.    Plaintiff incorporates by reference each of the allegations contained Paragraphs 1 through 17 of this Complaint as though fully set forth herein.

19.    The Invoices constitute valid and binding contracts.

20.    At all relevant times, Plaintiff performed all of its contractual obligations, namely, delivery of the Product that Defendant purchased from Plaintiff.

21.    Under the Invoices, Defendant has a contractual obligation to pay Plaintiff for the Product it received from Plaintiff.

22.    Defendant has materially breached its contractual obligations by failing or refusing to pay the Outstanding Amount due under the Invoices to Plaintiff.

23.    As a direct and proximate result of Defendant's material breach of its payment obligations under the Invoices, Plaintiff has been damaged in an amount to be proven at trial, but not less than the Outstanding Amount.

## COUNT II

-4-

4931-3544-9722\2

**(Account Stated)**

24. Plaintiff incorporates by reference each of the allegations contained in Paragraphs 1 through 17 of this Complaint as though fully set forth herein.

25. Plaintiff and Defendant agreed that Plaintiff would provide Product to Defendant on account, and that Defendant would pay to Plaintiff the balance of the account.

26. Plaintiff and Defendant made previous transactions that created a financial liability on the part of Defendant for the cumulative sum of $1,069,979.00.

27. Plaintiff issued Invoices to Defendant as set forth herein for the cumulative sum of $1,069,979.00, and Defendant did not object to any of the amounts due.

28. Defendant therefore agreed, expressly or by implication, that the cumulative account balance of $1,069,979.00 is correct.

29. Defendant promised, expressly or by implication, to pay the cumulative balance of $1,069,979.00.

30. Defendant failed to pay Plaintiff when the amounts became due and owing.

31. The account remains unpaid, in the cumulative amount of $1,069,979.00, and Plaintiff is due the balance of the account in that amount.

**COUNT III**

**(Alternative Claim for Unjust Enrichment)**

32. Plaintiff incorporates by reference each of the allegations contained in Paragraphs 1 through 17 of this Complaint as though fully set forth herein.

33. By providing the Product to Defendant as set forth herein and evidenced by the Invoices, Plaintiff conferred a benefit upon Defendant, with Defendant's express consent and knowledge and at Defendant's express request.

34. Defendant accepted such benefit and retained such benefit.

35. Plaintiff reasonably expected payment for the benefit conferred without delay.

-5-

4931-3544-9722\2

36.    It would be unjust for Defendant to retain the benefit Plaintiff conferred without restitution not less than the Outstanding Amount.

**WHEREFORE**, Plaintiff prays for judgment in its favor and against Defendant Clinic and Research, LLC, as follows:

A.    Awarding Plaintiff the Outstanding Amount due under the Invoices;

B.    Awarding Plaintiff pre-judgment and post-judgment interest on the foregoing amounts at the highest rate allowed under applicable law;

C.    Alternatively, finding that Defendant has been unjustly enriched in the Outstanding Amount as a result of receiving the Product as evidenced by the Invoices, but without remitting payment to Plaintiff for the Product, and entering judgment in favor of Plaintiff and against Defendant in the Outstanding Amount; and

D.    Awarding Plaintiff such other and further relief as the Court deems just and proper under the circumstances.

RESPECTFULLY SUBMITTED this 3rd day of December 2025.

SHRAIBERG PAGE P.A.
Counsel for Plaintiff
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
ependergraft@slp.law

By*:*    */s/ Eric Pendergraft*
            Eric Pendergraft
            Florida Bar No. 91927

-6-

4931-3544-9722\2

"EXHIBIT A"

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | 7102 |
| **Date:** | 9/30/2024 |
| **Due Date:** | 10/30/2024 |
| **Terms:** | Net 30 |
| **P.O. Number:** | Not Provided |
| **Rep** | DMP |
| **Physician** | Not Reported |
| **Implant Date** | |
| **MRN#** | |
| **Procedure** | Not Reported |
| **Ship:** | 9/23/2024 |
| **Via:** | UPS |
| **Notes:** | |

**Bill To**

Accounts Payble
Clinic and Research Center LLC
4790 NW 7th Street
Suite 102
Miami, FL 33126

**Ship To**

Clinic and Research Center LLC
Zuleica Hernandez
4790 NW 7th Street
Suite 102
Miami, FL 33126

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x8cm | XWO-60408 XWRAP-4x8cm<br>Serial Numbers: 24-00107-067EXPDATE5.18.2029,<br>24-00107-068EXPDATE5.18.2029 | 2 | 90,240.00 | 180,480.00 |
| Shipping Fee | Shipping Fee | 1 | 55.00 | 55.00 |
| Sales Discount | Sales Discount | | -72,192.00 | -72,192.00 |

It's been a pleasure working with you!

| | Total | $108,343.00 |
|---|---|---|

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | **7120** |
| **Date:** | **10/2/2024** |
| **Due Date:** | **11/1/2024** |
| **Terms:** | **Net 30** |
| **P.O. Number:** | **Not Provided** |
| **Physician:** | **Not Reported** |

**Bill To**

**Accounts Payable/Zuleika Hernandez**
**Clinic and Research Center LLC**
**4790 NW 7th Street**
**Suite 102**
**Miami, FL 33126**

| | |
|---|---|
| **Implant Date:** | |
| **MRN#:** | |
| **Procedure:** | **Not Reported** |
| **Ship:** | **10/1/2024** |
| **Via:** | **UPS** |
| **Notes:** | |

**Ship To**

**Clinic and Research Center LLC**
**Zuleika Hernandez**
**4790 NW 7th Street**
**Suite 102**
**Miami, FL 33126**

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x8cm | XWO-60408 XWRAP-4x8cm<br>Serial Numbers: 24-00086-027EXPDATE5.8.2029,<br>24-00086-028EXPDATE5.8.2029 | 2 | 90,240.00 | 180,480.00 |
| Shipping Fee | Shipping Fee | 1 | 55.00 | 55.00 |
| Sales Discount | Sales Discount | | -72,192.00 | -72,192.00 |

Purchaser agrees to comply with 42 U.S.C. § 1320a-7b(b)(3)(A), 42 C.F.R. § 1001.952(h) and all other applicable federal and state laws. Any discounts referenced herein are conditioned on the discount policies of seller and as amended and shall be applied only when conditions for said discounts have been satisfied. All purchase order and billing inquiries should be directed to Applied Biologics Accounting Department at 602-325-1221 Ext. 1 or via email at fieldops@appliedbiologics.com.

| **Total** | **$108,343.00** |
|---|---|

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | **7195** |
| **Date:** | **10/9/2024** |
| **Due Date:** | **11/8/2024** |
| **Terms:** | **Net 30** |
| **P.O. Number:** | **Not Provided** |
| **Physician:** | **Not Reported** |
| **Implant Date:** | |
| **MRN#:** | |
| **Procedure:** | **Not Reported** |
| **Ship:** | **10/7/2024** |
| **Via:** | **UPS** |
| **Notes:** | |

**Bill To**

Accounts Payable/Zuleika Hernandez
Clinic and Research Center LLC
4790 NW 7th Street
Suite 102
Miami, FL 33126

**Ship To**

Clinic and Research Center LLC
4790 NW 7th Street
Suite 102
Miami, FL 33126

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x6cm | XWO-60406 XWRAP-4x6cm<br>Serial Number: 21-00036-024EXPDATE9.7.2026 | 1 | 67,680.00 | 67,680.00 |
| XWRAP-4x8cm | XWO-60408 XWRAP-4x8cm<br>Serial Number: 24-00118-038EXPDATE5.23.2029 | 1 | 90,240.00 | 90,240.00 |
| Shipping Fee | Shipping Fee | 1 | 55.00 | 55.00 |
| Sales Discount | Sales Discount | | -63,168.00 | -63,168.00 |

Purchaser agrees to comply with 42 U.S.C. § 1320a-7b(b)(3)(A), 42 C.F.R. § 1001.952(h) and all other applicable federal and state laws. Any discounts referenced herein are conditioned on the discount policies of seller and as amended and shall be applied only when conditions for said discounts have been satisfied. All purchase order and billing inquiries should be directed to Applied Biologics Accounting Department at 602-325-1221 Ext. 1 or via email at fieldops@appliedbiologics.com.

| **Total** | **$94,807.00** |
|---|---|

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | 7313 |
| **Date:** | 10/17/2024 |
| **Due Date:** | 11/16/2024 |
| **Terms:** | Net 30 |
| **P.O. Number:** | Not Provided |
| **Physician:** | Not Reported |
| **Implant Date:** | |
| **MRN#:** | |
| **Procedure:** | Not Reported |
| **Ship:** | 10/16/2024 |
| **Via:** | UPS |
| **Notes:** | |

**Bill To**

Accounts Payable/Zuleika Hernandez
Clinic and Research Center
4790 NW 7th Street
Suite 102
Miami, FL 33126

**Ship To**

Clinic and Research Center
4790 NW 7th Street
Suite 102
Miami, FL 33126

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x6cm | XWO-60406 XWRAP-4x6cm<br>Serial Number: 21-00040-024EXPDATE9.15.2026 | 1 | 67,680.00 | 67,680.00 |
| XWRAP-4x8cm | XWO-60408 XWRAP-4x8cm<br>Serial Number: 24-00124-067EXPDATE5.25.2029 | 1 | 90,240.00 | 90,240.00 |
| Shipping Fee | Shipping Fee | 1 | 55.00 | 55.00 |
| Sales Discount | Sales Discount | | -63,168.00 | -63,168.00 |

Purchaser agrees to comply with 42 U.S.C. § 1320a-7b(b)(3)(A), 42 C.F.R. § 1001.952(h) and all other applicable federal and state laws. Any discounts referenced herein are conditioned on the discount policies of seller and as amended and shall be applied only when conditions for said discounts have been satisfied. All purchase order and billing inquiries should be directed to Applied Biologics Accounting Department at 602-325-1221 Ext. 1 or via email at fieldops@appliedbiologics.com.

| | |
|---|---|
| **Total** | **$94,807.00** |

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | **7379** |
| **Date:** | **10/23/2024** |
| **Due Date:** | **11/22/2024** |
| **Terms:** | **Net 30** |
| **P.O. Number:** | **Not Provided** |
| **Physician:** | **Not Reported** |
| **Implant Date:** | |
| **MRN#:** | |
| **Procedure:** | **Not Reported** |
| **Ship:** | **10/21/2024** |
| **Via:** | **UPS** |
| **Notes:** | |

**Bill To**

**Accounts Payable/Zuleika Hernandez**
**Clinic and Research Center**
**4790 NW 7th Street**
**Suite 102**
**Miami, FL 33126**

**Ship To**

**Clinic and Research Center**
**Zuleika Hernandez**
**4790 NW 7th Street**
**Suite 102**
**Miami, FL 33126**

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x6cm | XWO-60406 XWRAP-4x6cm<br>Serial Numbers:<br>20-00102-039EXPDATE11.12.2025,<br>20-00106-024EXPDATE11.19.2025 | 2 | 67,680.00 | 135,360.00 |
| Shipping Fee | Shipping Fee | 1 | 55.00 | 55.00 |
| Sales Discount | Sales Discount | | -54,144.00 | -54,144.00 |

Purchaser agrees to comply with 42 U.S.C. § 1320a-7b(b)(3)(A), 42 C.F.R. § 1001.952(h) and all other applicable federal and state laws. Any discounts referenced herein are conditioned on the discount policies of seller and as amended and shall be applied only when conditions for said discounts have been satisfied. All purchase order and billing inquiries should be directed to Applied Biologics Accounting Department at 602-325-1221 Ext. 1 or via email at fieldops@appliedbiologics.com.

| **Total** | **$81,271.00** |
|---|---|

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | **7509** |
| **Date:** | **10/31/2024** |
| **Due Date:** | **11/30/2024** |
| **Terms:** | **Net 30** |
| **P.O. Number:** | **Not Provided** |
| **Physician:** | **Not Reported** |
| **Implant Date:** | |
| **MRN#:** | |
| **Procedure:** | **Not Reported** |
| **Ship:** | **10/29/2024** |
| **Via:** | **UPS** |
| **Notes:** | |

**Bill To**

Accounts Payable
Clinic and Research Center
4790 NW 7th Street
Suite 102
Miami, FL 33126

**Ship To**

Clinic and Research Center
Zuleika Hernandez
4790 NW 7th Street
Suite 102
Miami, FL 33126

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x6cm | XWO-60406 XWRAP-4x6cm<br>Serial Numbers: 21-00053-016EXPDATE10.7.2026,<br>21-00054-021EXPDATE10.8.2026 | 2 | 67,680.00 | 135,360.00 |
| Shipping Fee | Shipping Fee | 1 | 60.00 | 60.00 |
| Sales Discount | Sales Discount | | -54,144.00 | -54,144.00 |

Purchaser agrees to comply with 42 U.S.C. § 1320a-7b(b)(3)(A), 42 C.F.R. § 1001.952(h) and all other applicable federal and state laws. Any discounts referenced herein are conditioned on the discount policies of seller and as amended and shall be applied only when conditions for said discounts have been satisfied. All purchase order and billing inquiries should be directed to Applied Biologics Accounting Department at 602-325-1221 Ext. 1 or via email at fieldops@appliedbiologics.com.

| **Total** | **$81,276.00** |
|---|---|

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | **7531** |
| **Date:** | **10/31/2024** |
| **Due Date:** | **11/30/2024** |
| **Terms:** | **Net 30** |
| **P.O. Number:** | **Not Provided** |
| **Physician:** | **Not Reported** |

**Bill To**

**Accounts Payable**
**Clinic and Research Center**
**4790 NW 7th Street**
**Suite 102**
**Miami, FL 33126**

| | |
|---|---|
| **Implant Date:** | |
| **MRN#:** | |
| **Procedure:** | **Not Reported** |
| **Ship:** | **10/30/2024** |
| **Via:** | **UPS** |

**Ship To**

**Clinic and Research Center**
**Zuleika Hernandez**
**4790 NW 7th Street**
**Suite 102**
**Miami, FL 33126**

| | |
|---|---|
| **Notes:** | |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| **XWRAP-4x6cm** | **XWO-60406 XWRAP-4x6cm**<br>**Serial Number: 20-00035-022EXPDATE5.12.2025** | **1** | **67,680.00** | **67,680.00** |
| **XWRAP-4x8cm** | **XWO-60408 XWRAP-4x8cm**<br>**Serial Number: 24-00151-037EXPDATE6.3.2029** | **1** | **90,240.00** | **90,240.00** |
| **Shipping Fee** | **Shipping Fee** | **1** | **60.00** | **60.00** |
| **Sales Discount** | **Sales Discount** | | **-63,168.00** | **-63,168.00** |

Purchaser agrees to comply with 42 U.S.C. § 1320a-7b(b)(3)(A), 42 C.F.R. § 1001.952(h) and all other applicable federal and state laws. Any discounts referenced herein are conditioned on the discount policies of seller and as amended and shall be applied only when conditions for said discounts have been satisfied. All purchase order and billing inquiries should be directed to Applied Biologics Accounting Department at 602-325-1221 Ext. 1 or via email at fieldops@appliedbiologics.com.

| **Total** | **$94,812.00** |
|---|---|

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | 7603 |
| **Date:** | 11/7/2024 |
| **Due Date:** | 12/7/2024 |
| **Terms:** | Net 30 |
| **P.O. Number:** | Not Provided |
| **Physician:** | Not Reported |
| **Implant Date:** | |
| **MRN#:** | |
| **Procedure:** | Not Reported |
| **Ship:** | 11/5/2024 |
| **Via:** | UPS |
| **Notes:** | |

**Bill To**

Accounts Payable
Clinic and Research Center
4790 NW 7th Street
Suite 102
Miami, FL 33126

**Ship To**

Clinic and Research Center
Zuleika Hernandez
4790 NW 7th Street
Suite 102
Miami, FL 33126

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x6cm | XWO-60406 XWRAP-4x6cm<br>Serial Numbers: 20-00021-034EXPDATE3.12.2025,<br>20-00034-030EXPDATE5.5.2025 | 2 | 67,680.00 | 135,360.00 |
| Shipping Fee | Shipping Fee | 1 | 60.00 | 60.00 |
| Sales Discount | Sales Discount | | -54,144.00 | -54,144.00 |

Purchaser agrees to comply with 42 U.S.C. § 1320a-7b(b)(3)(A), 42 C.F.R. § 1001.952(h) and all other applicable federal and state laws. Any discounts referenced herein are conditioned on the discount policies of seller and as amended and shall be applied only when conditions for said discounts have been satisfied. All purchase order and billing inquiries should be directed to Applied Biologics Accounting Department at 602-325-1221 Ext. 1 or via email at fieldops@appliedbiologics.com.

| **Total** | **$81,276.00** |
|---|---|

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | **7755** |
| **Date:** | **11/19/2024** |
| **Due Date:** | **12/19/2024** |
| **Terms:** | **Net 30** |
| **P.O. Number:** | **Not Provided** |
| **Physician:** | **Not Reported** |
| **Implant Date:** | |
| **MRN#:** | |
| **Procedure:** | **Not Reported** |
| **Ship:** | **11/13/2024** |
| **Via:** | **UPS** |
| **Notes:** | |

**Bill To**

Accounts Payable
Clinic and Research Center
4790 NW 7th Street
Suite 102
Miami, FL 33126

**Ship To**

Clinic and Research Center
Zuleika Hernandez
4790 NW 7th Street
Suite 102
Miami, FL 33126

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x8cm | XWO-60408 XWRAP-4x8cm Serial Numbers: 24-00166-035EXPDATE6.7.2029, 24-00166-036EXPDATE6.7.2029 | 2 | 90,240.00 | 180,480.00 |
| Shipping Fee | Shipping Fee | 1 | 60.00 | 60.00 |
| Sales Discount | Sales Discount | | -72,192.00 | -72,192.00 |

Purchaser agrees to comply with 42 U.S.C. § 1320a-7b(b)(3)(A), 42 C.F.R. § 1001.952(h) and all other applicable federal and state laws. Any discounts referenced herein are conditioned on the discount policies of seller and as amended and shall be applied only when conditions for said discounts have been satisfied. All purchase order and billing inquiries should be directed to Applied Biologics Accounting Department at 602-325-1221 Ext. 1 or via email at fieldops@appliedbiologics.com.

| **Total** | **$108,348.00** |
|---|---|

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | **7887** |
| **Date:** | **11/27/2024** |
| **Due Date:** | **12/27/2024** |
| **Terms:** | **Net 30** |
| **P.O. Number:** | **Not Provided** |
| **Physician:** | **Not Reported** |
| **Implant Date:** | |
| **MRN#:** | |
| **Procedure:** | **Not Reported** |
| **Ship:** | **11/25/2024** |
| **Via:** | **UPS** |
| **Notes:** | |

**Bill To**

Accounts Payable
Clinic and Research Center
4790 NW 7th Street
Suite 102
Miami, FL 33126

**Ship To**

Clinic and Research Center
Zuleika Hernandez
4790 NW 7th Street
Suite 102
Miami, FL 33126

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x8cm | XWO-60408 XWRAP-4x8cm<br>Serial Numbers: 24-00180-041EXPDATE6.11.2029,<br>24-00181-028EXPDATE6.11.2029 | 2 | 90,240.00 | 180,480.00 |
| Shipping Fee | Shipping Fee | 1 | 60.00 | 60.00 |
| Sales Discount | Sales Discount | | -72,192.00 | -72,192.00 |

Purchaser agrees to comply with 42 U.S.C. § 1320a-7b(b)(3)(A), 42 C.F.R. § 1001.952(h) and all other applicable federal and state laws. Any discounts referenced herein are conditioned on the discount policies of seller and as amended and shall be applied only when conditions for said discounts have been satisfied. All purchase order and billing inquiries should be directed to Applied Biologics Accounting Department at 602-325-1221 Ext. 1 or via email at fieldops@appliedbiologics.com.

| | |
|---|---|
| **Total** | **$108,348.00** |

# Invoice

**Applied Biologics, LLC**
**8444 N 90th St.**
**Ste 115**
**Scottsdale, AZ 85258**

| | |
|---|---|
| **Invoice #:** | 7964 |
| **Date:** | 12/5/2024 |
| **Due Date:** | 1/4/2025 |
| **Terms:** | Net 30 |
| **P.O. Number:** | Not Provided |
| **Physician:** | Not Reported |
| **Implant Date:** | |
| **MRN#:** | |
| **Procedure:** | Not Reported |
| **Ship:** | 12/3/2024 |
| **Via:** | UPS |
| **Notes:** | |

**Bill To**

Accounts Payable
Clinic and Research Center
4790 NW 7th Street
Suite 102
Miami, FL 33126

**Ship To**

Clinic and Research Center
Zuleika Hernandez
4790 NW 7th Street
Suite 102
Miami, FL 33126

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| XWRAP-4x8cm | XWO-60408 XWRAP-4x8cm Serial Numbers: 24-00191-019EXPDATE6.13.2029, 24-00191-020EXPDATE6.13.2029 | 2 | 90,240.00 | 180,480.00 |
| Shipping Fee | Shipping Fee | 1 | 60.00 | 60.00 |
| Sales Discount | Sales Discount | | -72,192.00 | -72,192.00 |

Purchaser agrees to comply with 42 U.S.C. § 1320a-7b(b)(3)(A), 42 C.F.R. § 1001.952(h) and all other applicable federal and state laws. Any discounts referenced herein are conditioned on the discount policies of seller and as amended and shall be applied only when conditions for said discounts have been satisfied. All purchase order and billing inquiries should be directed to Applied Biologics Accounting Department at 602-325-1221 Ext. 1 or via email at fieldops@appliedbiologics.com.

| Total | $108,348.00 |
|---|---|

"EXHIBIT B"



**MICHAEL GALEN**
**Partner**
**(602) 735-2705**
**galen.michael@dorsey.com**

August 27, 2025

**VIA CERTIFIED MAIL AND EMAIL**

Clinic and Research Center, LLC
Attn: Zuleika Hernandez
4790 NW 7 St., Suite 102
Miami, FL 33126
clinicandresearch@gmail.com

     **Re:    Applied Biologics, LLC – Demand for Payment**

To Whom It May Concern:

This law firm represents Applied Biologics, LLC ("Applied Biologics") with respect to the outstanding balance Clinic and Research Center, LLC ("Clinic and Research Center") owes for shipments of the XWRAP product (the "Product" or "Products") to Clinic and Research Center. As set forth in detail below, Clinic and Research Center has failed to remit payment to Applied Biologics for the Product pursuant to the express terms of the invoices, and Applied Biologics demands that Clinic and Research Center immediately pay the outstanding amount of $1,069,979.00 (the "Outstanding Balance").

As you know, in September, October, November and December 2024, Applied Biologics shipped Product to Clinic and Research Center, in response to orders from Clinic and Research Center, for which Clinic and Research Center was invoiced $1,069,979.00. Those Products have been used by Clinic and Research Center. Clinic and Research Center was invoiced on September 30, October 2, October 9, October 17, October 23, October 31, November 7, November 19, November 27 and December 5, 2024, respectively, and payments were due within thirty days of receipt of the invoices. However, to date, Clinic and Research Center still owes the Outstanding Balance to Applied Biologics for the Product. Despite repeated promises to pay the Outstanding Balance, Clinic and Research Center has failed to do so.

Accordingly, demand is hereby made upon Clinic and Research Center to pay Applied Biologics the total Outstanding Balance due under the invoices by no later than **5:00 p.m. Arizona time on September 9, 2025** (the "Deadline"). To the extent Applied Biologics is required to file a lawsuit to collect the Outstanding Balance, Applied Biologics will also seek payment of all penalties, late fees and interest associated with the Outstanding Balance, in addition to all its attorneys' fees and costs incurred in connection therewith.

If Clinic and Research Center does not pay the entire Outstanding Balance to Applied Biologics on or before the Deadline, Applied Biologics has instructed our firm to immediately pursue its rights and remedies under applicable law, including filing a lawsuit, without further notice. Applied Biologics' pursuit of any given right or remedy will not constitute an election to

4934-0888-4323\1

Clinic and Research Center, LLC
August 27, 2025
Page 2

pursue only that right or remedy to the exclusion of any others. Applied Biologics expressly reserves and reaffirms all rights, remedies, defenses, and objections, including with respect to any breaches or defaults now or hereafter in existence (whether specifically identified herein or not).

Please take notice that, despite any past acceptance of late or partial payments, or any actual or implied forbearance of any nature by Applied Biologics, *time is strictly and absolutely of the essence* in the payment of this obligation. If Clinic and Research Center makes partial payments towards the Outstanding Balance, those payments will, at Applied Biologics' option, be applied on account of the amounts owing under the invoices, but acceptance and application of those payments will not cure the payment defaults, impair Applied Biologics' exercise of its remedies, or constitute a waiver of any kind by Applied Biologics.

Thank you for your prompt attention to and cooperation in this matter. If you have any questions concerning this obligation, please contact me at once.

Sincerely,

DORSEY & WHITNEY LLP

Michael Galen
Partner

4934-0888-4323\1