SHRAIBERG PAGE P.A.
Eric Pendergraft, Esq.
Florida Bar No. 91927
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
561-526-8459
ependergraft@slp.law

*Attorneys for Plaintiff Applied Biologics LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| APPLIED BIOLOGICS LLC, a South Dakota limited liability company;<br><br>            Plaintiff,<br><br>    v.<br><br>CLINIC AND RESEARCH CENTER, LLC, a Florida limited liability company;<br><br>            Defendant. | CASE NO. 1:25-cv-25659-JAL<br><br>**PLAINTIFF'S CORPORATE OWNERSHIP STATEMENT** |

TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:

Applied Biologics LLC, the Plaintiff, makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1(a):

1.      Aspen Biotech Corporation, a domestic for-profit corporation organized under the laws of the State of Delaware with its principal place of business in Scottsdale, Arizona, is the sole member and owner of Plaintiff Applied Biologics LLC.

4920-6580-9533\1

RESPECTFULLY SUBMITTED this 3rd day of December 2025.

SHRAIBERG PAGE P.A.
Counsel for Plaintiff
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-526-8459
Facsimile: 561-998-0047
ependergraft@slp.law


By:   */s/ Eric Pendergraft*
        Eric Pendergraft
        Florida Bar No. 91927

-2-

4920-6580-9533\1