UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APPLIED BIOLOGICS, LLC, a South Dakota
limited liability company,

      Plaintiff,

                              Case No. 1:25-cv-25659-JAL

vs.

CLINIC AND RESEARCH CENTER, LLC,
a Florida limited liability company,

      Defendant.

_____/

**DEFENDANT, CLINIC AND RESEARCH CENTER'S
<u>DISCLOSURE STATEMENT</u>**

Defendant, Clinic and Research Center, makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

There exists no publicly held corporation which owns 10% or more of Clinic and Research Center LLC's stock.

                Respectfully submitted,

                **THE HEALTH LAW OFFICES OF
                ANTHONY C. VITALE P.A.**
                Peter Suarez, Esq.
                Florida Bar No. 1064667
                Ricardo D. Gomez, Esq.
                Florida Bar No. 1049285
                8100 Oak Lane, Suite 403
                Miami Lakes, Florida 33016
                (305) 358-4500 telephone
                (305) 358-5113 facsimile
                psuarez@vitalehealthlaw.com
                rgomez@vitalehealthlaw.com

*CASE NO.: 25-25659-JAL*

**ELLSWORTH LAW FIRM, P.A.**
Sean M. Ellsworth, Esq.
Florida Bar No. 39845
1000 5th Street, Suite 200
Miami Beach, Florida 33139
(305) 535-2529 telephone
(305) 535-2881 facsimile
sean@ellslaw.com

_____/s/_____
Sean M. Ellsworth
Florida Bar No. 39845

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 26, 2025, a true and correct copy of the foregoing has been filed electronically with the Clerk using CM/ECF who will serve a copy on all counsel of record.

_____/s/_____
Sean M. Ellsworth

2