**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

APPLIED BIOLOGICS LLC,

      Plaintiff,

vs.

CLINIC AND RESEARCH CENTER, LLC,
a Florida limited liability company,

      Defendant.

_____/

Case No. 1:25-cv-25659-JAL

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a) and the Court's Order, dated January 9, 2026 [Dkt. No. 10], Plaintiff Applied Biologics LLC ("Plaintiff") hereby files its Certificate of Interested Persons and Corporate Disclosure Statement.

1.      Plaintiff is a foreign manager-managed limited liability company organized and existing under the laws of the State of South Dakota. It is 100% owned by Aspen Biotech Corporation, a domestic for-profit corporation organized under the laws of the State of Delaware with its principal place of business in Scottsdale, Arizona, and it is therefore a citizen of Delaware and Arizona.

2.      Plaintiff identifies the following persons, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to Plaintiff:

- Applied Biologics LLC

- Aspen Biotech Corporation

- Clinic and Research Center, LLC

4928-8737-7543\1

Respectfully submitted,

SHRAIBERG PAGE P.A.
Counsel for Plaintiff
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
ependergraft@slp.law


*/s/ Eric Pendergraft*
Eric Pendergraft
Florida Bar No. 91927


## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, a true and correct copy of the foregoing has been

filed electronically with the Clerk using CM/ECF who will serve a copy on al counsel of record.

*/s/ Eric Pendergraft*
Eric Pendergraft
Florida Bar No. 91927

4928-8737-7543\1