UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-25659-JAL

APPLIED BIOLOGICS LLC, a South
Dakota limited liability company,

      Plaintiff,

vs.

CLINIC AND RESEARCH CENTER,
LLC, a Florida limited liability company,

      Defendant.

_____/

**DEFENDANT CLINIC AND RESEARCH CENTER, LLC'S
CORRECTED CERTIFICATE OF INTERESTED PERSONS
AND OTHER AFFILIATES/CORPORATE  DISCLOSURE STATEMENT**

Defendant, Clinic and Research Center, LLC, pursuant to this Court's January 9, 2026 Order [D.E. 10]  and Rule 7.1 of the Federal Rules of Civil Procedure discloses the following:

1.      The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party of this action or in the outcome of this action – including subsidiaries, conglomerates, affiliates, parents corporations, publicly traded companies that own 10% or more of a party's stock, and all other legal entities related to any party in this case:

Clinic and Research Center, LLC, is a Florida Limited Liability Company with two members: Zuleika A. Hernandez Perera and Julia Isairy, with no other affiliates or corporate parents.

Julia Isairy

Zuleika A. Hernandez Perera

Julia Isairy

The Health Law Offices of Anthony C. Vitale

Peter Suarez, Esq.

Ricardo Gomez, Esq.

Ellsworth Law Firm, P.A.

Sean Ellsworth, Esq.

Applied Biologics, LLC

Shraiberg Page P.A.

Eric Pendergraft, Esq.

Devon Medical Products, Inc.

John A. Bennett

William Arguello

Biowerx Medical, LLC

Jacob S. Pollak

Blake Trimble

Debbie Neal (Finney)

2.     All Other Affiliates/Corporate Parents:

None.

3.     The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of this proceedings:

None.

4.     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

CASE NO.: 25-25659-JAL

Devon Medical Products, Inc.

John A. Bennett

William Arguello

5.      The name of each alleged victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Clinic and Research Center, LLC.

I HEREBY CERTIFY that except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Respectfully submitted,

**THE HEALTH LAW OFFICES OF ANTHONY C. VITALE P.A.**
Peter Suarez, Esq.
Florida Bar No. 1064667
Ricardo D. Gomez, Esq.
Florida Bar No. 1049285
8100 Oak Lane, Suite 403
Miami Lakes, Florida 33016
(305) 358-4500 telephone
(305) 358-5113 facsimile
psuarez@vitalehealthlaw.com
rgomez@vitalehealthlaw.com

**ELLSWORTH LAW FIRM, P.A.**
Sean M. Ellsworth, Esq.
Florida Bar No. 39845
1000 5th Street, Suite 200
Miami Beach, Florida 33139
(305) 535-2529 telephone
(305) 535-2881 facsimile
sean@ellslaw.com

3

*CASE NO.: 25-25659-JAL*

_____/s/_____
Sean M. Ellsworth
Florida Bar No. 39845

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 26, 2026, a true and correct copy of the foregoing has been filed electronically with the Clerk using CM/ECF who will serve a copy on all counsel of record.

_____/s/_____
Sean M. Ellsworth

4